STATE EX REL. GRIFFITH *v.* NICHOLS, JUDGE, JEFFERSON CIRCUIT COURT.

[No. 0-497. Filed November 27, 1957.]

*William Griffith, pro se.*

PER CURIAM—This second petition seeking an alternative writ of mandamus is denied for the same reasons stated in the opinion denying the first petition: No. 0-444, *State ex rel. Griffith* v. *Nichols, Judge* (1956), 235 Ind. 702, 134 N. E. 2d 55.

Petition denied.

NOTE.—Reported in 145 N. E. 2d 896.